FILED

Sep 27 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUSAN Y. SOONG
Clerk

450 Golden Gate Avenue
San Francisco, CA 94102
(415) 522-2000
FAX 522-3605

Joshua Feldman
[redacted]

**Violation Numbers**: E1083381 CN29, E1083382 CN29, E1083383 CN29; E1083384 CN29

## Trial Date set for March 9, 2022 at 3:00 p.m.

**U.S. Magistrate Judge Thomas S. Hixson**
**450 Golden Gate Ave.**
**15th Floor, Courtroom G**
**San Francisco, CA 94102**

The Honorable Magistrate Judge Thomas S. Hixson will preside over your case and will determine the order of calendar. Trials typically last about thirty (30) minutes. The government will be represented by an Assistant U.S. Attorney or a law clerk. You may hire a lawyer to act on your behalf, or you may also represent yourself. The officer responsible for the citation will be present during trial, so please bring all witnesses and evidence you want the Judge to consider. Please note: This trial may be rescheduled by Zoom Video Conference if the pandemic is still an issue on 3/9/2022 and makes it unsafe to appear in person. The Court will notify you should this be necessary.

If you do not want to have a trial, this notice provides you with one final opportunity to post collateral. Please contact Special Assistant United States Attorney, Anna Nguyen at (510) 637-3724 to discuss payment, and the Courtroom Deputy to Magistrate Judge Hixson, Rose Maher, at 415-555-4708, to take the matter off calendar. The case will then be closed without the need for your personal appearance. You must post collateral before trial **or** appear before Magistrate Judge Thomas S. Hixson as scheduled. Failure to do so may involve further litigation or the issuance of a warrant of arrest.

Sincerely,

Rose Maher, Courtroom Deputy to
Magistrate Judge Thomas S. Hixson

cc: Anna Nguyen, AUSA
Chris Miles, AFPD's Office